Kevin ROBERTS, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 70022.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 1, 1996.

Judith C. LaRose, Asst. Public Defender, Columbia, for movant–appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion, after an evidentiary hearing, for ineffective assistance of counsel. The court found Movant failed to prove his counsel was ineffective. An extended opinion would have no precedential value. The judgment of the motion court is affirmed. Rule 84.16(b).